**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: FYRE FESTIVAL LITIGATION           Civil Action No. 1:17-cv-03296 (PKC)

---

**PLAINTIFF DANIEL JUNG'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND DEFAULT JUDGMENT AS TO DEFENDANT WILLIAM <u>McFARLAND</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rules 23 and 55(b)(2) of the Federal Rules of Civil Procedure, Local Civil Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and this Court's order dated May 18, 2020 (ECF No. 110), and upon the accompanying Memorandum of Law in Support of Plaintiff Daniel Jung's Motion for Class Certification and Default Judgment as to Defendant William McFarland, all supporting Declarations and exhibits filed concurrently therewith, and all other papers and proceedings had herein, Plaintiff Daniel Jung will move this Court at Courtroom 11D of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure 55(b)(2), entering default judgment as against Defendant William McFarland in the amount of $7,500,000 as a result of his failure to timely answer or defend in this action after having been properly served with the operative Second Consolidated Amended Class Action Complaint.

Dated: June 22, 2020                    Respectfully submitted,

                                                        GERAGOS & GERAGOS, APC

                                                        By: /S/ *Benjamin J. Meiselas*

                                                        Benjamin J. Meiselas
                                                        Attorneys for Plaintiffs
                                                        644 South Figueroa Street
                                                        Los Angeles, CA 90017
                                                        United States of America
                                                        Tel: (213) 625-3900
                                                        Fax: (213) 232-3255
                                                        geragos@geragos.com